UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

HEATH GLOBAL, INC.,

                                  Debtor.
------------------------------------------------------------x
HEATH GLOBAL, INC.,

                                  Appellant,

            v.                                  Case No. 14-05479 (RA)

JIM MAGNER,

                                  Appellee.
------------------------------------------------------------x

## STIPULATION DISMISSING APPEAL WITH PREJUDICE

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by the undersigned parties, through their respective counsel, as follows:

1. The above captioned appeal is hereby DISMISSED, with prejudice.

Dated: September __, 2014

                                  DELBELLO DONNELLAN
                                  WEINGARTEN WISE & WIEDERKEHR, LLP
                                  *Attorneys for the Debtor/Appellant*
                                  One North Lexington Avenue
                                  White Plains, New York  10601
                                  (914) 681-0200


                                  BY:*/s/ Jonathan S. Pasternak*
                                      Jonathan S. Pasternak

McCARTER & ENGLISH, LLP
*Attorneys for the Appellee*
245 Park Avenue
New York, New York 10167
(212) 609-6844


By:/s/ *Eduardo Glas*
    Eduardo Glas

**SO ORDERED THIS 5th DAY OF SEPTEMBER, 2014:**

_____
HON. RONNIE ABRAMS
U.S.D.C.  U.S.D.J.